Prob 12C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PETITION FOR WARRANT OR SUMMONS FOR
OFFENDER UNDER SUPERVISION

| | |
|---|---|
| **Offender Name:** | Scott Kiehlmeier |
| **Docket Number:** | 1:04CR05177-01 DLB |
| **Offender Address:** | Unknown |
| **Judicial Officer:** | Honorable Dennis L. Beck<br>United States Magistrate Judge<br>Fresno, California |
| **Original Sentence Date:** | September 17, 2004 |
| **Original Offense:** | 26 USC 7213A, Unauthorized Inspection of Returns or Return Information, CLASS A Misdemeanor |
| **Original Sentence:** | 12 months probation |
| **Special Conditions:** | 1) Access to financial information; 2) Financial restrictions; 3) 100 hours community service |
| **Other Court Action:** | None |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | September 17, 2004 |
| **Assistant U.S. Attorney:** | Stanley A. Boone     **Telephone:** (559) 498-7272 |
| **Defense Attorney:** | Eric Kersten     **Telephone:** (559) 487-5561 |

PETITIONING THE COURT

**[X]     OTHER:**

The probation officer respectfully recommends the Petition for Warrant for Offender Under Supervision filed on April 13, 2005, be dismissed without further consideration.

**RE:   SCOTT KIEHLMEIER**
       **Docket Number:   1:04CR05177-01 DLB**
       **PETITION FOR WARRANT OR SUMMONS**
       **FOR OFFENDER UNDER SUPERVISION**

**Justification:**   Scott Kiehlmeier was placed on 12 months probation and ordered to pay a fine of $500 and complete 100 hours of community service.  Mr. Kiehlmeier subsequently absconded his probation.  At the time he absconded, he was unemployed and his residence was very unstable.  Mr. Kiehlmeier was participating in Fresno County's Homeless Program and had no source of income.  He eventually moved into an apartment complex located in a slum area of South Fresno where many of the apartments have been boarded up.  Shortly thereafter, he was evicted from his apartment and he failed to advise the probation officer of his whereabouts.

The Marshals questioned the value of executing a misdemeanor arrest warrant on Mr. Kiehlmeier given the potential problems that might occur.  Mr. Kiehlmeier weighs in excess of 350 pounds, has problems with his knees, and reportedly may be suffering from high blood pressure and post traumatic stress syndrome.  Attempts by the Marshals to handcuff the defendant could present a problem, as well as getting him in and out of vehicles, taking him through the booking process, and the potential need for paramedic and ambulatory assistance during the arrest and transportation of the defendant.  Given Kiehlmeier's term of probation expired on September 16, 2005, the undersigned probation officer is recommending the violation petition be dismissed and the matter noted as an unsuccessful completion of probation.

**EXECUTED ON**:   November 3, 2005
                   Fresno, California
                   KMH

                              Respectfully submitted,

                              /s/ Katerina M. Holland

                         **KATERINA M. HOLLAND**
                         **United States Probation Officer**
                           Telephone:  (559) 498-7276


**REVIEWED BY**:    /s/ **Bruce Vasquez**
                    **BRUCE VASQUEZ**
                    **Supervising United States Probation Officer**

**RE:   SCOTT KIEHLMEIER**
    **Docket Number:   1:04CR05177-01 DLB**
    **PETITION FOR WARRANT OR SUMMONS**
    **FOR OFFENDER UNDER SUPERVISION**

---

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

( )   The issuance of a warrant        ( )  Bail set at $ __        ( )  No Bail

( )   The issuance of a summons (copy to Defense Counsel).

( X ) Other:  the violation petition is dismissed and the matter noted as an unsuccessful termination of probation

**FURTHER PROCEEDINGS REGARDING CUSTODY:**

( )   Defendant is ordered detained, to be brought before District Judge forthwith.

( )   Initial appearance and detention hearing before Magistrate Judge.

|   December 15, 2005 | /s/ Dennis L. Beck |
|---|---|
| **Date** | **Signature of Judicial Officer** |

cc:    United States Probation
       Stanley A. Boone, Assistant United States Attorney
       Eric Kersten, Assistant Federal Defender
       United States Marshals